# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

PAUL MAJORSKY,

        Petitioner

        v.

JAMES LIEBER, ESQUIRE, THOMAS HUBER, ESQUIRE, JACOB SIMONS, ESQUIRE, LIEBER & HAMMER, P.C., LIEBER HAMMER HUBER & BENNINGTON, P.C. AND LIEBER HAMMER HUBER & PAUL, P.C.,

        Respondents

: No. 100 WAL 2019
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.